# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-1990

_____

| | | |
|---|---|---|
| Rodney Van Huskey, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Glen Boyer; Charles Richmond; Larry | * | |
| Lashley; Bill Strickland; Linda Powell; | * | Appeal from the United States |
| Ed Danielson; Unknown Hamlin; | * | District Court for the |
| Dave Uinns; Dennis Lassing; C.D. | * | Eastern District of Missouri. |
| Goben; Dave Owens; Jim Gould; Brian | * | |
| Smith; Elaine Riggs; Dave Davis; | * | [UNPUBLISHED] |
| Debbie Westerman; Kent Menning; | * | |
| Harry Dunman; Jim Ballard; Matthew | * | |
| Delia; Marty Harris; Steve Devore; | * | |
| Fred Bradley; Dennis McHawes; Francis | * | |
| Bequette; Jane Doe; N. Scharnhorst; | * | |
| Steve Stivner, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 5, 1998
Filed: July 13, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Rodney Van Huskey appeals the district court's[1] dismissal with prejudice of his 42 U.S.C. § 1983 complaint for, inter alia, failing to comply with the court's show-cause order and failing to prosecute.  After careful review of the record and the parties' briefs, we conclude the dismissal of Huskey's complaint was not an abuse of discretion.  See Rodgers v. Curators of Univ. of Mo., 135 F.3d 1216, 1219 (8th Cir. 1998) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.